**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DYNETECH CORPORATION,**
**GLOBALTEC SOLUTIONS, LLP,**
    **Plaintiffs,**

-vs-                Case No. 6:06-cv-1839-Orl-19DAB

**J.C. SBICCA & COMPANY, LLC,**
    **Defendant.**
_____

**ORDER**

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **MOTION FOR DEFAULT AGAINST DEFENDANT (Doc. No. 10)**
>
> **FILED:**   **January 4, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

  Plaintiff seeks a default judgment against Defendant J.C. Sbicca & Company, LLC. Doc. No. 10. There is nothing in the summons or return of service (Doc. No. 9) or Motion for Default Judgment (Doc. No. 10) to show that "Amy Culver," a manager for Harvard Business Services Inc., is an acceptable individual for substitute service or whether service on such an individual as "manager" (without any evidence of her status as an officer or agent) is sufficient under Delaware or federal law to constitute effective service of process. *See* FEDERAL RULE OF CIVIL PROCEDURE 4(h)(1) (service on an unincorporated association or partnership may be effected pursuant to the law of the state in which the organization is located or by delivering summons to an officer, managing or

general agent or one authorized by statute to receive service).  Plaintiff has cited no legal authority in support that service of process was complied with under the applicable statutes.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties